## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ELIZABETH CASAS,

    Plaintiff,

vs.                                                                                 No. 1:19-CV-01154-KRS

ANDREW SAUL, Commissioner of
Social Security,

    Defendant.

## JUDGMENT

Having granted Plaintiff's Motion to Reverse and Remand for a Hearing (Doc. 14) in an order entered concurrently herewith, in accordance with Federal Rule of Civil Procedure 58,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

                                                   _____
                                                   **KEVIN R. SWEAZEA**
                                                   **UNITED STATES MAGISTRATE JUDGE**