# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ELIZABETH CASAS,

        Plaintiff,

vs.                                             Civ. No. 19-01154 KRS

ANDREW SAUL,
**Commissioner of the Social Security Administration,**

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT

The Court, having reviewed the parties' Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Doc. 23), HEREBY ORDERS that attorney fees be, and hereby are, awarded under the EAJA, payable to Plaintiff but mailed to Plaintiff's attorney in the amount of $6,558.30 in attorney fees and $400.00 in filing fees. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the prevailing party, not the attorney). The filing fee is payable from the Judgment Fund administered by the U.S. Department of the Treasury.

IT IS FURTHER ORDERED THAT, if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

                                                            _____
                                                            **KEVIN R. SWEAZEA**
                                                            **UNITED STATES MAGISTRATE JUDGE**

SUBMITTED AND APPROVED BY:

<u>*Filed Electronically 4/9/21*</u>
Laura J. Johnson
Attorney for Plaintiff
Michael Armstrong Law Office, LLC

<u>*Electronically Approved 4/9/21*</u>
Laura Holland
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration, Region VIII